UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 21 AM 11:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| | ) | '08 MJ 2210 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C., Section 1326 |
| Jose Luis QUINTERO-Colin, | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 19, 2008,** within the Southern District of California, defendant, **Jose Luis QUINTERO-Colin,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **JULY, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Jose Luis QUINTERO-Colin

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On July 19, 2008, Border Patrol Agent K. Neal was assigned to the I-8 west bound checkpoint, near Pine Valley, California. The checkpoint is located approximately 18 miles east of the Tecate, California Port of Entry, and approximately ten miles north of the U.S./Mexico International Boundary Fence. Agent Neal responded to a citizen's report of a suspected undocumented alien walking northbound on Sunrise Highway near the mile marker 25.

Upon arriving in the area, Agent Neal encountered a single individual near the mile marker 25 on Sunrise Highway. Agent Neal approached the suspect and identified himself as a United States Border Patrol Agent. Agent Neal then questioned the individual as to his citizenship status. The individual, later identified as the defendant Jose Luis QUINTERO-Colin, readily admitted to having entered the United States illegally without any immigration or travel documents that would allow him to enter, or remain in the United States legally. The defendant also admitted to being a native and citizen of Mexico. At approximately 8:45 a.m., the defendant was arrested and transported to the Pine Valley Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on or about July 14, 2008. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on July 20, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **July 19, 2008**, in violation of Title 8, United States Code, Section 1326.

_____
Leo S. Papas
United States Magistrate Judge

07/20/08 - 11:45 am
Date/Time