AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

JOSE LUIS QUINTERO-COLIN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 cr 2725-BTM

I, JOSE LUIS QUINTERO-COLIN, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/14/2008___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x JOSE QUINTERO
Defendant

Counsel for Defendant

Before _____
Judicial Officer